IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TAYLOR PRUITT ROBERSON, )
)
Petitioner, )
)
v. ) 1:20CV306
)
BENITA WITHERSPOON, )
)
Respondent. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on February 24, 2021, was served on the parties in this action. (ECF Nos. 8, 9.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (*See* ECF No. 11.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment, (ECF No. 4), is GRANTED, that the Petition, (ECF No. 1), is DENIED, and that this action is DISMISSED with prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

This, the 30th day of March 2021.

/s/ Loretta C. Biggs
United States District Judge